| 20240304M0100 | 2024-0038-G | | | 1541 - WEAPONS - MANUFACTURE - FIREARMS |
|---|---|---|---|---|
| GHOST GUN SOFTWARE KIT | | 24-0000104 | 03/04/2024 | |
| UNKNOWN MAKE, HARD DRIVE | | 24-0000105 | 03/04/2024 | |
| PLASTIC PISTOL LOWER | | 24-0000106 | 03/04/2024 | |
| CARDBOARD BOX CONTANING VARIOUS AR15 PARTS | | 24-0000107 | 03/04/2024 | |
| PLASTIC BAG CONTAING VARIOUS GUN PARTS | | 24-0000108 | 03/04/2024 | |
| CANIK HANDGUN CASE | | 24-0000109 | 03/04/2024 | |
| CASE OF TRIGGER GROUP PARTS | | 24-0000110 | 03/04/2024 | |
| INVOICES AND PARTS PACKAGING | | 24-0000111 | 03/04/2024 | |
| GOODLE CELL PHONES | | 24-0000112 | 03/04/2024 | |
| ONE (1) DVD CONTAINING 122 DIGITAL PHOTOGRAPHS OF THE SEARCH OF 106 GEORGE AVENUE, 1ST FLOOR, WILKES-BARRE, PA. | | 24-0000113 | 03/05/2024 | TEMPORARY EVIDENCE LOCKER |

## Persons Involved

**RODRIGUEZ, JOSE RAFAEL**   Arrest Date: 3/5/2024   Disposition Date:

| Role | Incident Classification | How Charged | Disposition |
|---|---|---|---|
| OFFENDER | 1541 WEAPONS - MANUFACTURE - FIREARMS | ARRESTED | |

Alias
Age-DOB    44 - 08/25/1979          Height    6'00"          Home Addr  106 GEORGE AVE 1FL
Race       WHITE                    Weight    200                       WILKES BARRE, PA  18705
Sex        MALE                     Hair      BLACK
Ethnicity  HISPANIC                 Eyes      BROWN
Marital Stat                        Build                     Home Ph #
Residency  Resident                 Complex.                  Work Ph #
SSN        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                                        Cell Ph #
Gang                                                          Other Ph #                                No Photo
Tattoo                                                        E-Mail
Clothing                                                      Employer
GBM Id
 -Entered   / /
 -Released  / /                                               Occupation
OLN/State  33646824/PA                                        Addl Addr  None
Injury

## Main Narrative
### DET. WILLIAM PATTON (47)

03/02/2024 18:02 - 47   DET. WILLIAM PATTON

  On March 2, 2024 at 6:02 PM Plains Township PD was contacted by Rita Shuleski an employee of the Carriage Stop Plaza regarding gun parts which were found in bags outside of the Plaza next to a garbage can. Patrolman Saif Mahmoud responded to the scene and arrived at 6:15 PM. Patrolman Mahmoud recovered the bags and confirmed there were gun parts in the bags as well as shipping tags with the name of JOSE RODRIGUEZ 106 George Avenue Floor 1 Wilkes-Barre, PA 18705. Mahmoud

related the gun parts appeared to have been printed by a 3D printer including parts to Glock pistols and other brands. Mahmoud brought the recovered gun parts and shipping tags to his station.

On March 4, 2024 at 7:18 AM Detective Tim Minnick of Plains Township PD contacted Detective William Patton regarding the recovered gun parts and shipping tags. Detective Patton responded to the Plains Township Police Headquarters at 8:28 AM and met with Det. Minnick. Det. Minnick showed Detective Patton the 3D printed gun parts and the shipping tags recovered by Patrolman Mahmoud. Also discovered was an invoice for a Glock model 17 9mm 17 round polymer magazine. The delivery and the billing address were both listed as 106 George Avenue 1st Floor Wilkes Barre PA 18705. Also recovered was an invoice for a Smith & Wesson Sd9ve complete lower parts repair kit. This was shipped to CARMEN GARCIA 106 George Avenue Floor 1 Wilkes Barre, PA 18705. Detective Patton observed numerous slides, lower receivers, magazines, a suppressor, and other smaller gun parts. Many of these gun parts looked to have been manipulated in a way to have been assembled into an operable firearm. Detective Patton then travelled to 106 George Avenue and observed the three story off white home. Parked in front of the home was a 2004 BMW silver X3 with PA registration MHJ7898. This vehicle is registered to JOSE RODRIGUEZ of 106 George Avenue 1st Floor Wilkes Barre, PA 18705.

Detective Patton then returned to his office and conducted a background investigation into JOSE RODRIGUEZ of 106 George Avenue First Floor Wilkes Barre, PA. Detective Patton was able to identify JOSE RODRIGUEZ through numerous internet resources to include a Pennsylvania Driver's License (DL) number 33646824. This DL confirmed the address of 106 George Avenue Floor 1 Wilkes Barre 10705 and gave a date of birth (DOB) of August 25, 1979. Detective Patton then ran a criminal history for RODRIGUEZ. This criminal history report showed RODRIGUEZ was a multiple time convicted felon for drug related offenses, an assault of police officer related offense, and firearm related offenses. These felony convictions caused RODRIGUEZ to be a person not to possess a firearm. Detective Patton then conducted a background investigation into CARMEN GARCIA. It was determined through the same internet resources CARMEN GARCIA was CARMEN GARCIA DE RODRIGUEZ of 106 George Avenue 1st Floor Wilkes Barre PA 18705. GARCIA DE RODRIGUEZ has a DOB of June 12, 1994 and PA ID of 34733912. A criminal history check for GARCIA DE RODRIGUEZ was negative.

